# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00522-CV

**Danny Crump and Billie Ann Crump, Appellants // Luminant Mining Company LLC, f/k/a TXU Mining Company, L.P., and Luminant Generation Company LLC, f/k/a TXU Generation Company, L.P., Cross-Appellants**

**v.**

**Luminant Mining Company LLC, f/k/a TXU Mining Company, L.P., and Luminant Generation Company LLC, f/k/a TXU Generation Company, L.P., Appellees // Danny Crump and Billie Ann Crump, Cross-Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. D-1-GN-07-001738, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties filed a joint motion requesting that this appeal be dismissed.  *See* Tex. R. App. P. 42.1(a)(2).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Joint Motion

Filed:   March 12, 2010